624

413 A.2d 1133

Commonwealth v. Tillman, Appellant.

Submitted September 15, 1978.   Bruce M. Dolfman, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence is affirmed.

HOFFMAN, J. concurred in the result.

413 A.2d 1133

Commonwealth v. Thompson, Appellant.

Submitted September 15, 1978.   Andrew G. Gay, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.